**Order filed December 13, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00173-CV

_____

## IN THE INTEREST OF S.Y.S.,M.H., AND P.M. HARTMAN, Children

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. 25368**

# O R D E R

Appellant's brief was due November 29, 2011**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **January 12, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM